1  Michael J. McCue (NV Bar No. 6055)
   MMcCue@LRRLaw.com
2  Jonathan W. Fountain (NV Bar No. 10351)
   JFountain@LRRLaw.com
3  Meng Zhong (NV Bar No. 12145)
   MZhong@LRRLaw.com
4  LEWIS ROCA ROTHGERBER LLP
   3993 Howard Hughes Parkway, Suite 600
5  Las Vegas, Nevada  89169
   Tel: (702) 949-8200
6  Fax: (702) 949-8398

7  *Attorneys for Plaintiff*
   *The American Automobile Association, Inc.*
8
                     **UNITED STATES DISTRICT COURT**
9                           **DISTRICT OF NEVADA**

10
   THE AMERICAN AUTOMOBILE                    Case No.:   2:14-cv-01025-RFB-GWF
11 ASSOCIATION, INC.,

12                           Plaintiff,       **STIPULATION AND ORDER FOR**
                                              **PERMANENT INJUNCTION**
13        v.

14 ABEL ALBIAR
   and AAA MOBILE AUTO REPAIR,
15
                             Defendants.
16

17      WHEREAS, The American Automobile Association, Inc. ("AAA") is a not-for-profit,

18 non-stock corporation organized and existing under the laws of Connecticut, with its principal

19 place of business in Heathrow, Florida;

20      WHEREAS Defendant Abel Albiar is the owner of AAA Mobile Auto Repair

21 (collectively, "the Defendants") and registered the AAAMOBILEAUTOREPAIR.COM domain

22 name;

23      WHEREAS, AAA has brought an action in this Court against Defendants in which it has

24 alleged that Defendants have knowingly and willfully violated AAA's rights in its famous and

25 distinctive AAA trademarks ("AAA Marks"), in violation of the Federal Trademark Act

26 ("Lanham Act"), 15 U.S.C. §§ 1114, 1125, and Nevada law, by using the business name AAA

27 Mobile Auto Repair and by registering and using the AAAMOBILEAUTOREPAIRLV.COM

28 domain name;

DC: 5384124-2
                                                                              5767978_1

1        WHEREAS, AAA has alleged Defendants violated the following federal registrations
2   held by AAA:
3            a) Reg. No. 829,265, for the AAA Mark, used in connection with
4            automobile association and emergency roadside services;
5            b) Reg. No. 2,158,654, for the AAA Mark & Design, used in
6            connection with automobile club and emergency roadside services;
7            c) Reg. No. 1,449,079, for the AAA APPROVED AUTO REPAIR
8            Mark & Design, used in connection with automobile repair services; and
9            d) Reg. No. 3,426,468, for the AAA APPROVED AUTO REPAIR Mark &
10           Design, used in connection with automobile repair services;
11       WHEREAS, the Court has jurisdiction over this civil action by virtue of 28 U.S.C. §§
12  1331, 1338, and 1367;
13       WHEREAS, Defendants acknowledge that their use of the AAA Marks may violate
14  AAA's rights in the AAA Marks;
15       WHEREAS, AAA and Defendants have entered into a Settlement Agreement to resolve
16  any and all controversies and disputes between them existing as of this date;
17       WHEREAS, pursuant to that Settlement Agreement, AAA has agreed to dismiss its
18  claims for damages and attorneys' fees, and costs;
19       WHEREAS, pursuant to the Settlement Agreement, Defendants agree and consent to
20  entry by the Court of a permanent injunction restraining Defendants from further unauthorized
21  use of the AAA Marks, or of marks confusingly similar to the AAA Marks;
22       WHEREAS, pursuant to the Settlement Agreement, Defendants also agree that
23  Defendants shall take all steps necessary to transfer the
24  AAAMOBILEAUTOREPLAIRLV.COM domain name to AAA; and
25       WHEREAS, Defendants waive all defenses or counterclaims which they might otherwise
26  raise at a trial on the merits of AAA's demand for a permanent injunction.
27       NOW THEREFORE, based on the consent of the Parties, the facts set forth herein and
28  for good cause appearing, the Court does hereby enter the following permanent injunction:

1       IT IS ORDERED, ADJUDGED, AND DECREED:

2       1.      That Defendants, their agents, attorneys, representatives, employees, and all
3  persons in active concert or participation with them who receive notice hereof, are hereby
4  permanently enjoined from any unauthorized use of AAA Marks, or of any confusingly similar
5  marks;

6       2.      That Defendants are ordered to transfer to AAA the
7  AAAMOBILEAUTOREPAIRLV.COM domain name and any other domain names containing
8  the AAA Marks within thirty (30) days of the entry of this order;

9       3.      That should Defendants fail to comply with the injunction and the applicable
10 registrar(s) fail to transfer the AAAMOBILEAUTOREPAIRLV.COM domain name and any
11 other domain name containing the AAA Marks, or disable the website associated with the
12 AAAMOBILEAUTOREPAIRLV.COM domain name, then the ".com" registry, VeriSign, Inc.,
13 may take all steps necessary to effect the transfer of the AAAMOBILEAUTOREPAIRLV.COM
14 domain name to AAA; and

15      4.      That this case shall be closed, except that this Court shall retain jurisdiction for
16 the purpose of enforcing this permanent injunction.

17      Entered this __th day of May, 2015.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

5767978_1

1 | **IT IS SO AGREED AND STIPULATED**

2 | BY PLAINTIFF:                                          BY DEFENDANTS:

/s/ Meng Zhong                                          /s/  David R. Koch
Michael J. McCue (NV Bar No. 6055)                      David R. Koch (NV Bar No. 8830)
MMcCue@LRRLaw.com                                       dkoch@kochscow.com
Jonathan W. Fountain (NV Bar No. 10351)                 **KOCH & SCOW LLC**
JFountain@LRRLaw.com                                    11500 S. Eastern Avenue, Suite 210
Meng Zhong (NV Bar No. 12145)                           Henderson, Nevada  89052
MZhong@LRRLaw.com                                       Tel: (702) 318-5040
**LEWIS ROCA ROTHGERBER LLP**                           Fax: (702) 318-5039
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

*Attorneys for Plaintiff*                               *Attorney for Defendants*
*The American Automobile Association, Inc.*             *Abel Albiar and AAA Mobile Auto Repair*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  this 31st day of May 2015.

-4-

5767978_1