1  Michael J. McCue (NV Bar No. 6055)
   MMcCue@LRRLaw.com
2  Jonathan W. Fountain (NV Bar No. 10351)
   JFountain@LRRLaw.com
3  Meng Zhong (NV Bar No. 12145)
   MZhong@LRRLaw.com
4  LEWIS ROCA ROTHGERBER LLP
   3993 Howard Hughes Parkway, Suite 600
5  Las Vegas, Nevada  89169
   Tel: (702) 949-8200
6  Fax: (702) 949-8398

7  *Attorneys for Plaintiff
   The American Automobile Association, Inc.*
8

9                    **UNITED STATES DISTRICT COURT**

10                           **DISTRICT OF NEVADA**

11

| 12  THE AMERICAN AUTOMOBILE ASSOCIATION, INC., | Case No.:   2:14-cv-01025-RFB-GWF |
|---|---|
| 13 | |
| 14                             Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| 15          v. | |
| 16  ABEL ALBIAR and AAA MOBILE AUTO REPAIR, | |
| 17                             Defendants. | |

18

19                **STIPULATION AND ORDER FOR DISMISSAL**

20       Plaintiff, the American Automobile Association, Inc. ("AAA"), and Defendants, Abel

21 Albiar and AAA Mobile Auto Repair ("Defendants"), having settled their dispute pursuant to the

22 terms of a Settlement Agreement, and having agreed to enter the Stipulation and Consent to

23 Permanent Injunction, hereby agree and consent to dismissal with prejudice as to any remaining

24 claims not address by the Stipulation and Consent to Permanent Injunction, and dismissal with

25 prejudice as to any forms of relief not addressed by the Stipulation and Consent to Permanent

26 / / /

27 / / /

28 / / /

DC: 5384124-2

5783276_1

Injunction, without attorneys' fees or costs awarded to any party.

**IT IS SO AGREED AND STIPULATED**

| BY PLAINTIFF: | BY DEFENDANTS: |
|---|---|
| /s/ Meng Zhong | /s/  David R. Koch |
| Michael J. McCue (NV Bar No. 6055) | David R. Koch (NV Bar No. 8830) |
| MMcCue@LRRLaw.com | dkoch@kochscow.com |
| Jonathan W. Fountain (NV Bar No. 10351) | **KOCH & SCOW LLC** |
| JFountain@LRRLaw.com | 11500 S. Eastern Avenue, Suite 210 |
| Meng Zhong (NV Bar No. 12145) | Henderson, Nevada  89052 |
| MZhong@LRRLaw.com | Tel: (702) 318-5040 |
| **LEWIS ROCA ROTHGERBER LLP** | Fax: (702) 318-5039 |
| 3993 Howard Hughes Parkway, Suite 600 | |
| Las Vegas, Nevada  89169 | |
| Tel: (702) 949-8200 | |
| Fax: (702) 949-8398 | |
| | |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |
| *The American Automobile Association, Inc.* | *Abel Albiar and AAA Mobile Auto Repair* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: this 31st day of May, 2015.

-2-

5783276_1